

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

QUIRINO ORTEGA GONZALEZ, MIGUEL ORTEGA, FLORENTINO ORTIZ AMADO, ANGEL MENDOZA-LORENO, and MAXIMILLIANO ORTEGA,

Case No.: 17 cv 6097 (RWS)

Plaintiffs,

- against -

PONGSRI THAI RESTAURANT CORP., doing business as PONGSRI THAI RESTAURANT, and JAMES TANG, PRASIT TANGCHAKKRACHAI, and KHUN PONGSRI TANGCHAKKRACHAI, individually,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/18

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: **Nov. 21**, 2018

For the Plaintiffs:

CILENTI & COOPER, P.C.

By: _____
　　Peter Cooper, Esq.
*Attorneys for Plaintiff*
708 Third Avenue, 6th Floor
New York, NY 10017
(212) 209-3933

For the Defendants:

THE LAW FIRM OF JOEL SPIVAK

By: _____
　　Joel Spivak, Esq.
*Attorneys for Defendants*
98 Cutter Mill Road – Suite 310N
Great Neck, New York 11021
(516) 829-3939

So Ordered: _____ U.S.D.J.

So ordered
Sweet D.J.
11-26-78